1  ADAM PAUL LAXALT
     Attorney General
2  IZAAC ROWE (Bar. No. 13947)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada  89101
5  Phone: (702) 486-3210
   Fax: (702) 486-3773
6  E-mail:  irowe@ag.nv.gov

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>              Plaintiff(s),<br><br>vs.<br><br>DAVID TRISTAN, et al.,<br><br>              Defendant(s). | Case No.  2:16-cv-02385-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 14, 17 |

It is stipulated and agreed by and between Plaintiff, GEORGE A. TOLIVER and Defendants THE STATE OF NEVADA, STEVEN LEMAIRE, AND DAVID TRISTAN, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, that the

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

Dated 11th day of December, 2017.

By: /s/ George A. Toliver
GEORGE A. TOLIVER
*Attorneys for Plaintiff*

Dated 11th day of December, 2017.

By: /s/ Izaac Rowe
Izaac Rowe, Esq.
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS HEREBY ORDERED that **all claims in this action are DISMISSED with prejudice,** each party to bear its own fees and costs. The application to proceed *in forma pauperis* **[14] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 13, 2017